WILLIAM D. POPKE, ADMINISTRATOR, *vs.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.

Third Judicial District.

Argued January 29th—decided March 4th, 1909.

ACTION to recover damages for personal injuries resulting in the death of the plaintiff's intestate and alleged to have been caused by the defendant's negligence, brought to the Superior Court in Fairfield County where, upon trial to the jury, a judgment of nonsuit was rendered, *Case, J.,* from which the plaintiff appealed. *No error.*

*J. Moss Ives* and *John R. Booth,* for the appellant (plaintiff).

*Joseph F. Berry,* for the appellee (defendant)

Opinion filed with the clerk of the Superior Court in Fairfield County.